AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEWARD JOHSNON and ARTHUR BRIGHT,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>C.S. JOHNSON (STAR # 16589), C.M. BADY (STAR # 11453), TERRY HILLARD, LORI LIGHTFOOT, PHILIP CLINE, TISA MORRIS, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>　　　　Defendants.<br><br>To:　C.S. Johnson<br>　　　C/o Chicago Police Headquarters<br>　　　3510 S. Michigan Ave.<br>　　　Chicago, IL 60653 | **SUMMONS IN A CIVIL CASE**<br><br>No.　**07 C 7036**<br><br>JUDGE　　　**JUDGE GUZMAN**<br>　　　**MAGISTRATE JUDGE BROWN**<br>MAGISTRATE JUDGE |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

　　　　　　Blake Horwitz
　　　　　　LAW OFFICES OF BLAKE HORWITZ, LTD.
　　　　　　155 N. Michigan, #723
　　　　　　Chicago, IL  60601

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK


**Michael W. Dobbins, Clerk**

_Nadine Girley_ (signature)

**(By) DEPUTY CLERK**



**December 14, 2007**
-------------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Date 12/27/07 |
| NAME OF SERVER (PRINT) Percy Robinson | TITLE Arrow Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: Delivered via Hand Delivery to Chicago Police Headquarters 3510 S. Michigan Ave. Chicago, IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 12/27/07
Date

Signature of Server: *Percy Robinson*

Address of Server: 1322 W. Walton Chicago, IL 60622

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.