UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Deward Johnson and Arthur Bright, | ) | |
| | ) | No. 07 C 7036 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Guzman |
| C.S. Johnson (Star #16589), C.M. Bady | ) | |
| (Star #11453), Terry Hillard, Lori Lightfoot, | ) | Magistrate Judge Brown |
| Phillip Cline, Tisa Morris, Mayor Richard | ) | |
| Daley, and the City of Chicago, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT C.S. JOHNSON'S MOTION TO EXTEND TIME
TO FILE HIS ANSWER OR OTHERWISE PLEAD**

Defendant C.S. Johnson, by one of his attorney's, Shneur Z. Nathan, respectfully requests that this Honorable Court extend the time for him to answer or otherwise plead to Plaintiffs' Complaint. In support of this motion, Defendant Johnson states as follows:

1. This lawsuit was filed on December 14, 2007.

2. Upon information and belief, Defendant Johnson, a Chicago police officer, was served on January 8, 2008.

3. Upon information and belief, Defendant C.M. Bady, also as Chicago police officer, is currently on furlough and has not yet been served.

4. Counsel has recently learned of this lawsuit and has not yet had an opportunity to meet with Defendant Johnson concerning the allegations of the Complaint.

5. Counsel seeks an extension of time to answer or otherwise plead in order to meet with Defendant Johnson prior to preparing a responsive pleading on his behalf.

1

6. This motion is not made for the purposes of undue delay, but to allow Defendant Johnson adequate time to meet with his attorneys and properly prepare his defense. No prejudice will result with the Court's granting of this motion.

WHEREFORE, Defendant Johnson respectfully requests this Court extend the time for him to answer or otherwise plead to Plaintiffs' Complaint until February 25, 2008.

Respectfully submitted,

/s/ *Shneur Z. Nathan*
Shneur Z. Nathan
Counsel for Defendant Johnson
30 North LaSalle, Suite 1400
Chicago, Illinois 60602
312-742-1842
ARDC No. 6294495

## CERTIFICATE OF SERVICE

I, Shneur Z. Nathan, an attorney, hereby certify that on January 24, 2008, I caused Defendant Johnson's Motion to Extend Time to File Answer or Otherwise Plead to be served upon all counsel of record by filing the same before the Court via the ECF system.

/s/ *Shneur Z. Nathan*
Shneur Z. Nathan