UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Deward Johnson and Arthur Bright, | ) | |
| | ) | No. 07 C 7036 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Guzman |
| C.S. Johnson (Star #16589), C.M. Bady | ) | |
| (Star #11453), Terry Hillard, Lori Lightfoot, | ) | Magistrate Judge Brown |
| Phillip Cline, Tisa Morris, Mayor Richard | ) | |
| Daley, and the City of Chicago, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:**
Blake Wolfe Horowitz
Amanda Sunshine Yarusso
Erica E. Faaborg
Law Offices of Blake Horowitz
155 North Michigan Avenue, Suite 723
Chicago, Illinois 60601
312-616-4433

Margaret A. Carey
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
312-744-6073

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant Johnson's Motion to Extend Time to File Answer or Otherwise Plead.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Guzman or before such other Judge sitting in his place or stead, on the 29th day of January 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the above referenced Motion.

    **DATED** at Chicago, Illinois January 24, 2008

Respectfully submitted,

30 North LaSalle St., Suite 1400
Chicago, Illinois 60602
30 North LaSalle Street
(312) 742-1842
Atty. No. 6294495

/s/ Shneur Z. Nathan
SHNEUR Z. NATHAN
Counsel for Defendant Johnson