# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number: **07 C 7036**

**DEWARD JOHNSON and ARTHUR BRIGHT**

v.

**C.S. JOHNSON, C.M. BADY, TERRY HILLARD, LORI LIGHTFOOT, PHILIP CLINE, TISA MORRIS, MAYOR RICHARD DALEY, and CITY OF CHICAGO**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**C.S. JOHNSON, C.M. BADY, TERRY HILLARD, LORI LIGHTFOOT, PHILIP CLINE, TISA MORRIS, MAYOR RICHARD DALEY and THE CITY OF CHICAGO**

| | |
|---|---|
| NAME (Type or print) **Terrence M. Burns** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) **s/ Terrence M. Burns (ARDC #3122331)** | |
| FIRM **Dykema Gossett PLLC** | |
| STREET ADDRESS **10 S. Wacker Drive, Suite 2300** | |
| CITY/STATE/ZIP **Chicago, IL 60606** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **ARDC No. 3122331** | TELEPHONE NUMBER **(312) 876-1700** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on **February 4, 2008** I electronically filed the foregoing **Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Erica E. Faaborg
Amanda Sunshine Yarusso
Law Offices of Blake Horwitz
155 N. Michigan Avenue
Suite 723
Chicago, IL 60601
lobh@att.net
312-616-4433

Shneur Z. Nathan
City of Chicago
30 North LaSalle Street
Chicago, IL 60602
Lw09512@cityofchicago.org
773-704-1650

s/Terrence M. Burns  (ARDC No. 3122331)

Terrence M. Burns