## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                       Case Number: 07 C 7036
DEWARD JOHNSON, et al.
    v.
C.S. JOHNSON, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

C.S. JOHNSON (STAR # 16589), C.M. BADY (STAR # 11453), TERRY HILLARD, LORI LIGHTFOOT, PHILIP CLINE, TISA MORRIS, MAYOR RICHARD DALEY, and THE CITY OF CHICAGO

| | |
|---|---|
| NAME (Type or print) | |
| Paul A. Michalik | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Paul A. Michalik | |
| FIRM | |
| Dykema Gossett PLLC | |
| STREET ADDRESS | |
| 10 South Wacker Drive, Suite 2300 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6198674 | 312.876.1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed the foregoing **Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | |
|---|---|
| Blake Horwitz<br>Law Office of Blake Horwitz<br>155 North Michigan Avenue<br>Suite 723<br>Chicago, Illinois  60601<br>(312) 616-4433 | Shneur Z. Nathan<br>City of Chicago<br>30 North LaSalle Street<br>Chicago, Illinois  60602<br>(773) 704-1650 |

                                              s/ Paul A. Michalik (ARDC No. 6198674)
                                              Paul A. Michalik

CHICAGO\2419692.1
ID\DMN