IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEWARD JOHNSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 07 C 7036 |
| ) | |
| C.S. JOHNSON, et al., ) | Judge Ronald A. Guzman |
| ) | |
| Defendants. ) | |

**MOTION TO SUBSTITUTE COUNSEL**

NOW COMES C.S. Johnson ("Defendant Officer Johnson"), by his attorneys, Dykema Gossett PLLC, and moves for leave to allow substitution of attorneys and in support states as follows:

1. Undersigned counsel was recently retained to represent defendant Officer Johnson's interests in this matter. Defendant Officer Johnson seeks to substitute Terrence M. Burns, Paul A. Michalik, and Daniel M. Noland of the firm Dykema Gossett PLLC as his counsel of record in this matter, and to grant Shneur Z. Nathan leave to withdraw his appearance in this matter.

2. This motion is not brought for purposes of delay, nor will any party be prejudiced as a result of defendant Officer Johnson's request.

WHEREFORE, C.S. Johnson requests that Terrence M. Burns, Paul A. Michalik, and Daniel M. Noland of the firm Dykema Gossett PLLC be substituted as counsel of record in this matter, and that Shneur Z. Nathan be granted leave to withdraw his appearance in this matter.

Dated: February 4, 2008

Respectfully submitted,

s/Daniel M. Noland (ARDC No. 6231175)

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
(312) 876-1700

One of the Attorneys for Defendants, C.S. Johnson (Star # 16589), C.M. Bady (Star # 11453), Terry Hillard, Lori Lightfoot, Philip Cline, Tisa Morris, Mayor Richard Daley, and the City of Chicago

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2008, I electronically filed the foregoing **Motion to Substitute Counsel** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | |
|---|---|
| Blake Horwitz | Shneur Z. Nathan |
| Law Office of Blake Horwitz | City of Chicago |
| 155 North Michigan Avenue | 30 North LaSalle Street |
| Suite 723 | Chicago, Illinois  60602 |
| Chicago, Illinois  60601 | (773) 704-1650 |
| (312) 6l6-4433 | |

s/Daniel M. Noland (ARDC No. 6231175)
Daniel M. Noland

CHICAGO\2419686.1
ID\DMN