**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DEWARD JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 7036 |
| | ) | |
| C.S. JOHNSON, et al., | ) | Judge Ronald A. Guzman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:     Counsel of Record

   PLEASE TAKE NOTICE that on **February 12, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman, in Room 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion to Substitute Counsel**.

Dated: February 4, 2008                                        Respectfully submitted,

                                                                             s/Daniel M. Noland (ARDC No. 6231175)
Terrence M. Burns                                            One of the Attorneys for Defendants,
Paul A. Michalik                                                C.S. Johnson (Star # 16589), C.M. Bady (Star
Daniel M. Noland                                              # 11453), Terry Hillard, Lori Lightfoot, Philip
Dykema Gossett PLLC                                    Cline, Tisa Morris, Mayor Richard Daley, and
10 South Wacker Drive                                    the City of Chicago
Suite 2300
Chicago, Illinois  60606
(312) 876-1700

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Horwitz
Law Office of Blake Horwitz
155 North Michigan Avenue
Suite 723
Chicago, Illinois 60601
(312) 6l6-4433

Shneur Z. Nathan
City of Chicago
30 North LaSalle Street
Chicago, Illinois 60602
(773) 704-1650

s/Daniel M. Noland (ARDC No. 6231175)
Daniel M. Noland

CHICAGO\2419676.1
ID\DMN