**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DEWARD JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 7036 |
| | ) | |
| C.S. JOHNSON, et al., | ) | Judge Ronald A. Guzman |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

Defendants, C.M. Bady (Star #11453), Terry Hillard, Lori Lightfoot, Philip Cline, Tisa Morris, Mayor Richard Daley, and the City of Chicago ("Defendants"), by their attorneys, Terrence M. Burns of Dykema Gossett PLLC, and for their motion for an extension of time to February 25, 2008 to answer or otherwise plead, state as follows:

1.      Terrence M. Burns of Dykema Gossett PLLC has recently been retained and appeared as counsel for defendants.  (Dkt. 21.)

2.      On January 25, 2008, this Court granted defendant Officer C.S. Johnson's motion for an extension of time to answer or otherwise plead, to and including February 25, 2008.  (Dkt. 20.)

3.      As well as a motion to bifurcate *Monell* discovery, defendants contemplate moving to dismiss certain parties and counts of the Complaint in this case.  Defendants' attorneys also request the extension granted to co-defendant Officer C.S. Johnson to meet with the officers relative to the allegations of plaintiffs' Complaint.

4.      This motion is not presented for purposes of delay but to allow counsel to familiarize themselves with the facts of this matter and prepare appropriate responsive pleadings.

5.      No prejudice will be suffered by any party as a result of the requested extension.

WHEREFORE, defendants, C.M. Bady (Star #11453), Terry Hillard, Lori Lightfoot, Philip Cline, Tisa Morris, Mayor Richard Daley, and the City of Chicago, request an extension of time to answer or otherwise plead, to and including February 25, 2008, and for any other relief this Court deems appropriate.

Dated: February 4, 2008                          Respectfully submitted,


                                                 s/Daniel M. Noland (ARDC No. 6231175)
Terrence M. Burns                                One of the Attorneys for Defendants,
Paul A. Michalik                                 C.S. Johnson (Star # 16589), C.M. Bady (Star
Daniel M. Noland                                 # 11453), Terry Hillard, Lori Lightfoot, Philip
Dykema Gossett PLLC                              Cline, Tisa Morris, Mayor Richard Daley, and
10 South Wacker Drive                            the City of Chicago
Suite 2300
Chicago, Illinois  60606
(312) 876-1700

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2008, I electronically filed the foregoing

**Motion for Extension of Time** with the Clerk of the Court using the ECF system, which sent

electronic notification of the filing on the same day to:

Blake Horwitz
Law Office of Blake Horwitz
155 North Michigan Avenue
Suite 723
Chicago, Illinois  60601
(312) 6l6-4433

Shneur Z. Nathan
City of Chicago
30 North LaSalle Street
Chicago, Illinois  60602
(773) 704-1650


s/ Daniel M. Noland (ARDC No. 6231175)
Daniel M. Noland

CHICAGO\2419692.1
ID\DMN