**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
**Eastern Division**

Deward Johnson, et al.
                  Plaintiff,

v.                                      Case No.: 1:07−cv−07036
                                              Honorable Ronald A. Guzman

C. S. Johnson, et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Motion by Defendant C. S. Johnson to substitute attorney [24] is granted. Terrence M. Burns, Paul A. Michalik, and Daniel M. Noland of the firm Dykema Gosett PLLC are substituted as counsel and Shneur Z. Nathan is granted leave to withdraw his appearance for Defendant Johnson. Motion for extension of time to answer by Defendants Lori Lightfoot, Philip Cline, Tisa Morris, Richard J Daley, City of Chicago, C. M. Bady, Terry Hillard for extension of time to file answer regarding complaint [1](or Otherwise Plead) [26] is granted to and including 2/25/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.