# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 07 C 7036

Deward Johnson and Arthur Bright, Plaintiffs,

v.

C.S. Johnson (Star #16589), C.M. Bady (Star #11453),

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

C.S. Johnson (Star #16589), C.M. Bady (Star #11453), Terry Hillard, Lori Lightfoot, Philip Cline, Tisa Morris, Mayor Richard Daley, and the City of Chicago

| Field | Value |
|---|---|
| NAME (Type or print) | Kimberly D. Fahrbach |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Kimberly D. Fahrbach |
| FIRM | Dykema Gossett PLLC |
| STREET ADDRESS | 4200 Commerce Crt., Ste. 300 |
| CITY/STATE/ZIP | Lisle, IL 60532 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 06237042 |
| TELEPHONE NUMBER | 630/245-0400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |