IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEWARD JOHNSON and ARTHUR BRIGHT,<br><br>    Plaintiffs,<br><br>vs.<br><br>C.S. JOHNSON (STAR #16589), C.M. BADY (STAR #11453), TERRY HILLARD, LORI LIGHTFOOT, PHILLIP CLINE, TISA MORRIS, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>    Defendants. | Case No.: 07 C 7036<br><br>Judge Ronald Guzman<br><br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

TO:   Counsel of Record

PLEASE TAKE NOTICE that on **Tuesday**, **March 4, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Ronald Guzman**, in Room 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Defendant Richard M. Daley's Motion to Dismiss**.

Dated: February 25, 2008                                  Respectfully submitted,

 

                                                                                    s/ Paul A. Michalik
Terrence M. Burns                                         One of the Attorneys for Defendant
Paul A. Michalik                                          RICHARD M. DALEY
Daniel M. Noland
Kimberly D. Fahrbach
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700 (telephone)
(312) 876-1155 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Amanda Sunshine Yarusso
Erica E. Faaborg
Law Offices of Blake Horwitz
155 North Michigan Avenue
Suite 723
Chicago, Illinois 60601
312.6l6.4433
lobh@att.net

                                                     s/ Paul A. Michalik
                                                     Paul A. Michalik