

A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEWARD JOHNSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 7036 |
| | ) | |
| C.S. JOHNSON, et al., | ) | Judge Ronald A. Guzman |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO ENTRY OF JUDGMENT
AGAINST DEFENDANT CITY OF CHICAGO**

Defendant City of Chicago hereby stipulates to the following:

1. Plaintiffs Deward Johnson and Arthur Bright have filed a Complaint against defendant City of Chicago and individual defendant police officers Johnson and Bady, among other defendants. Plaintiffs' Complaint includes various claims brought under federal and state law.

2. In plaintiffs' Complaint, plaintiffs claim that the individual defendant Chicago police officers violated their constitutional rights as a direct result of various policies, practices, and customs of the City of Chicago. Hence, plaintiffs have brought various *Monell* claims against the City.[1] In plaintiffs' Complaint, they seek a judgment against the City for damages caused by the alleged violations of their rights under the Constitution.

3. Without admitting plaintiffs' *Monell* allegations in their Complaint, the City agrees to entry of judgment against the City for compensatory damages and, to the extent allowed by the Court, reasonable attorneys fees pursuant to 42 U.S.C. §1988, if and only if the finder of fact in this case finds that any City employee violated plaintiffs' constitutional rights as

---

[1] *See Monell v. Department of Social Services of City of New York*, 436 U.S. 658 (1978).

2

alleged in their Complaint.  The entry of any judgment against the City pursuant to this stipulation is accepted by the City only to the extent that the judgment is affirmed after any post-trial motions and/or an appeal if an appeal is taken.

Dated:                                                                  Respectfully submitted,


   /s/ Daniel Noland

|  |  |
|---|---|
| Terrence M. Burns | One of the Attorneys for Defendants |

Paul A. Michalik
Daniel M. Noland
Kimberly D. Fahrbach
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606
(312) 876-1700

2