IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEWARD JOHNSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Case No. 07 C 7036 |
| ) | |
| C.S. JOHNSON, et al., ) | Judge Ronald A. Guzman |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Counsel of Record

PLEASE TAKE NOTICE that on **March 4, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman, in Room 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Motion to Bifurcate § 1983 Claims and to Stay Discovery and Trial on Those Claims**.

Respectfully submitted,

s/Daniel M. Noland (ARDC No. 6231175)

| | |
|---|---|
| Terrence M. Burns | One of the Attorneys for Defendants, |
| Paul A. Michalik | C.S. Johnson (Star # 16589), C.M. Bady (Star |
| Daniel M. Noland | # 11453), Terry Hillard, Lori Lightfoot, Philip |
| Kimberly D. Fahrbach | Cline, Tisa Morris, Mayor Richard Daley, and |
| Dykema Gossett PLLC | the City of Chicago |
| 10 South Wacker Drive | |
| Suite 2300 | |
| Chicago, Illinois  60606 | |
| (312) 876-1700 | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Horwitz
Law Office of Blake Horwitz
155 North Michigan Avenue
Suite 723
Chicago, Illinois  60601
(312) 6l6-4433

                                              s/Daniel M. Noland (ARDC No. 6231175)
                                              Daniel M. Noland

CHICAGO\2419676.1
ID\DMN