IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEWARD JOHNSON and ARTHUR BRIGHT,<br>    Plaintiffs,<br>    v.<br><br>C.S. JOHNSON (STAR # 16589), C.M. BADY (STAR # 11453), TERRY HILLARD, LORI LIGHTFOOT, PHILIP CLINE, TISA MORRIS, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br>    Defendants. | No. 07 C 7036<br><br>JUDGE GUZMAN |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on February 27, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF FILING AND PARTIES INITIAL STATUS REPORT

to be filed electronically with the Clerk of Court through ECF., and that ECF will send an enotice of the electronic filing to the following:

Terrence Michael Burns    tburns@dykema.com
Erica E. Faaborg    erica.lobh@gmail.com
Kimberly D. Fahrbach    kfahrbach@dykema.com
Blake Wolfe Horwitz    lobh@att.net, bwhorwitz@att.net
Paul A. Michalik    pmichalik@dykema.com
Daniel Matthew Noland    dnoland@dykema.com, djones@dykema.com
Amanda Sunshine Yarusso    asyarusso@att.net

                /s/Abbas Merchant
                Law Offices of Blake Horwitz, Ltd.
                155 N. Michigan, Suite 723
                Chicago, Illinois 60601
                Tel: (312) 616-4433
                Fax: (312) 565-7173
                lobh@att.net