**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Deward Johnson, et al.
                      Plaintiff,

v.                                               Case No.: 1:07−cv−07036
                                                       Honorable Ronald A. Guzman

C. S. Johnson, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 29, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 2/29/2008. Motion by Defendant City of Chicago to bifurcate Section 1983 Claims and to Stay Discovery and Trial on Those Claims [36] is stricken. Set deadlines as to motion to dismiss[32], motion to dismiss[30], motion to dismiss[34] : Responses due by 3/31/2008. Replies due by 4/15/2008. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.