**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DEWARD JOHNSON and ARTHUR BRIGHT<br><br>Plaintiffs,<br><br>vs.<br><br>C S JOHNSON #16589, C M BADY #11453, and CITY OF CHICAGO,<br><br>Defendants. | No. 07 C 7036<br><br>JUDGE GUZMAN<br><br>MAGISTRATE JUDGE SOAT BROWN |

**NOTICE OF MOTION**

On April 15, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Guzman at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached Motion for an Extension of Time to Respond.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE and PLAINTIFFS' MOTION FOR LIMITED DISCOVERY

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Terrence Michael Burns    tburns@dykema.com

Erica E. Faaborg    erica.lobh@gmail.com

Kimberly D. Fahrbach    kfahrbach@dykema.com

Blake Wolfe Horwitz    lobh@att.net, bwhorwitz@att.net, npeters@erlaw.net

Abbas Badruddin Merchant    abbas.lobh@gmail.com

Paul A. Michalik    pmichalik@dykema.com

Daniel Matthew Noland    dnoland@dykema.com, djones@dykema.com

Amanda Sunshine Yarusso    asyarusso@att.net


                                Respectfully submitted,

                                Abbas Merchant_____
                                Attorney for the Plaintiff
                                Blake Horwitz


**Horwitz, Richardson, & Baker, LLC.**
20 S. Clark Street, Suite 500
Chicago, IL  60603
(312) 676-2100
(312) 372-7076 (Fax)