IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEWARD JOHNSON and ARTHUR BRIGHT, | |
| Plaintiffs, | |
| v. | No. 07 C 7036 |
| C.S. JOHNSON (STAR # 16589), C.M. BADY (STAR # 11453), TERRY HILLARD, LORI LIGHTFOOT, PHILIP CLINE, TISA MORRIS, MAYOR RICHARD DALEY, and the CITY OF CHICAGO, | JUDGE GUZMAN |
| | MAGISTRATE JUDGE SOAT BROWN |
| Defendants. | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on April 16, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:
PLAINTIFF'S RESPONSE TO JOHNSON, BADY, AND CITY OF CHICAGO'S MOTION TO DISMISS
to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Terrence Michael Burns     tburns@dykema.com
Erica E. Faaborg     erica.lobh@gmail.com
Kimberly D. Fahrbach     kfahrbach@dykema.com
Blake Wolfe Horwitz     lobh@att.net, bwhorwitz@att.net, npeters@erlaw.net
Abbas Badruddin Merchant     abbas.lobh@gmail.com
Paul A. Michalik     pmichalik@dykema.com
Daniel Matthew Noland     dnoland@dykema.com, djones@dykema.com
Amanda Sunshine Yarusso     asyarusso@att.net

/s/Abbas Merchant

HORWITZ, RICHARDSON & BAKER LLC
Two First National Plaza
20 South Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100