IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEWARD JOHNSON and ARTHUR BRIGHT, <br><br> Plaintiffs, <br><br> v. <br><br> C.S. JOHNSON (STAR # 16589), C.M. BADY (STAR # 11453), TERRY HILLARD, LORI LIGHTFOOT, PHILIP CLINE, TISA MORRIS, MAYOR RICHARD DALEY, and the CITY OF CHICAGO, <br><br> Defendants. | No. 07 C 7036 <br><br> JUDGE GUZMAN <br><br> MAGISTRATE JUDGE SOAT BROWN |

## RESPONSE TO DEFENDANTS TERRY HILLARD, LORI LIGHTFOOT, PHILIP CLINE, TISA MORRIS, AND MAYOR RICHARD DALEY'S MOTIONS TO DISMISS

NOW COME the Plaintiffs, by and through HORWITZ, RICHARDSON & BAKER LLC, and hereby submit their Response to Defendants TERRY HILLARD, LORI LIGHTFOOT, PHILIP CLINE, TISA MORRIS, and MAYOR RICHARD DALEY'S Motions to Dismiss:

Plaintiffs voluntarily withdraw their claims against Defendants TERRY HILLARD, LORI LIGHTFOOT, PHILIP CLINE, TISA MORRIS, and MAYOR RICHARD DALEY'S and by agreement with Attorneys for Defendants move this Court to Dismiss said Defendants with prejudice and without costs.

**WHEREFORE**, for the foregoing reasons, Plaintiffs pray that this Court Dismiss TERRY HILLARD, LORI LIGHTFOOT, PHILIP CLINE, TISA MORRIS, and MAYOR RICHARD DALEY'S with prejudice and without costs.

Respectfully submitted,

/s/Abbas Merchant

HORWITZ, RICHARDSON & BAKER LLC
Two First National Plaza
20 South Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100