IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEWARD JOHNSON and ARTHUR BRIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>C.S. JOHNSON (STAR # 16589), C.M. BADY (STAR # 11453), TERRY HILLARD, LORI LIGHTFOOT, PHILIP CLINE, TISA MORRIS, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br><br>Defendants. | No. 07 C 7036<br><br>JUDGE GUZMAN<br><br>MAGISTRATE JUDGE SOAT BROWN |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on April 16, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:
PLAINTIFF'S RESPONSE TO TERRY HILLARD, LORI LIGHTFOOT, PHILIP CLINE, TISA MORRIS, AND MAYOR RICHARD DALEY MOTIONS TO DISMISS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:


Terrence Michael Burns    tburns@dykema.com
Erica E. Faaborg    erica.lobh@gmail.com
Kimberly D. Fahrbach    kfahrbach@dykema.com
Blake Wolfe Horwitz    lobh@att.net, bwhorwitz@att.net, npeters@erlaw.net
Abbas Badruddin Merchant    abbas.lobh@gmail.com
Paul A. Michalik    pmichalik@dykema.com
Daniel Matthew Noland    dnoland@dykema.com, djones@dykema.com
Amanda Sunshine Yarusso    asyarusso@att.net

/s/Abbas Merchant

HORWITZ, RICHARDSON & BAKER LLC
Two First National Plaza
20 South Clark Street, Suite 500
Chicago, IL 60603
(312) 676-2100