# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Deward Johnson, et al.
                    Plaintiff,

v.                                       Case No.: 1:07−cv−07036
                                         Honorable Ronald A. Guzman

C. S. Johnson, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 4/15/2008. Motion by Plaintiffs Deward Johnson, Arthur Bright for discovery Limited [43] is granted as stated in open court. Plaintiff granted leave to file response to motion to dismiss [30]. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.