## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7036 | **DATE** | 5/5/2008 |
| **CASE TITLE** | DEWARD JOHNSON, et al vs. C.S. JOHNSON (STAR #16589), et al | | |

**DOCKET ENTRY TEXT**

Pursuant to parties' agreement in Plaintiffs' response to Defendants Hillard, Lightfoot, Cline, Morris and Daley motions to dismiss [47] it is hereby ordered that Defendants Hillard, Lightfoot, Cline, Morris and Daley are dismissed from this case with prejudice and without costs. Strike as moot motion by Defendant Richard J Daley to dismiss [32] and motion by Defendants Lori Lightfoot, Philip Cline, Tisa Morris, Terry Hillard to dismiss [34].

| | Courtroom Deputy Initials: | CG |
|---|---|---|