**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DEWARD JOHNSON and ARTHUR BRIGHT<br><br>Plaintiffs,<br><br>vs.<br><br>C S JOHNSON #16589, C M BADY #11453, and CITY OF CHICAGO,<br><br>Defendants. | No. 07 C 7036<br><br>JUDGE GUZMAN<br><br>MAGISTRATE JUDGE SOAT BROWN |

**NOTICE OF MOTION**

On June 19, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Guzman at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached Motion for an Extension of Time to Respond.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE and PLAINTIFFS' MOTION TO LIFT STAY

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Terrence Michael Burns     tburns@dykema.com

Erica E. Faaborg     erica.lobh@gmail.com

Kimberly D. Fahrbach     kfahrbach@dykema.com

Blake Wolfe Horwitz     lobh@att.net, bwhorwitz@att.net, npeters@erlaw.net

Abbas Badruddin Merchant     abbas.lobh@gmail.com

Paul A. Michalik     pmichalik@dykema.com

Daniel Matthew Noland     dnoland@dykema.com, djones@dykema.com

Amanda Sunshine Yarusso     asyarusso@att.net

                                  Respectfully submitted,

                                  Abbas Merchant_____
                                  Attorney for the Plaintiff
                                  Blake Horwitz

**Horwitz, Richardson, & Baker, LLC.**
20 S. Clark Street, Suite 500
Chicago, IL  60603
(312) 676-2100
(312) 372-7076 (Fax)