**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Deward Johnson, et al.
       Plaintiff,

v.              Case No.: 1:07−cv−07036
              Honorable Ronald A. Guzman

C. S. Johnson, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

  MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 6/19/2008. Motion by Plaintiffs to lift Discovery Stay [53] is granted as stated in open court. Discovery to resume on individual officers. "Monell" claim bifurcated. Defendants to comply with the discovery ordered on 4/15/08 by 7/3/08. Amended pleadings and joinder of parties due by 8/18/2008. Fact discovery ordered closed by 11/17/2008. Dispositive motions due by 12/17/2008. Status hearing set for 11/21/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.