# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7036 | **DATE** | 6/26/2008 |
| **CASE TITLE** | JOHNSON, et al vs. JOHNSON, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order: The Court denies defendants' motion to dismiss [doc. no. 30].

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|

2008 JUN 26 PM 4:46

FILED