IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEWARD JOHNSON and ARTHUR BRIGHT, <br><br> Plaintiffs, <br><br> vs. <br><br> C.S. JOHNSON (STAR #16589), C.M. BADY (STAR #11453), and the CITY OF CHICAGO, <br><br> Defendants. | ) ) ) ) ) ) Case No.: 07 C 7036 ) ) Judge Ronald Guzman ) ) Magistrate Judge Geraldine Soat Brown ) ) ) ) |

## NOTICE OF MOTION

TO:   Counsel of Record

PLEASE TAKE NOTICE that on **Tuesday**, **August 26, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Ronald Guzman**, in Room 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Defendants Agreed Motion for Entry of Protective Order**.

Dated: August 18, 2008                                 Respectfully submitted,


                                                                              s/ Daniel M. Noland
Terrence M. Burns                                      One of the Attorneys for Defendants
Paul A. Michalik
Daniel M. Noland
Kimberly D. Fahrbach
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700 (telephone)
(312) 876-1155 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Blake Wolfe Horwitz
Amanda Sunshine Yarusso
Horwitz, Richardson & Baker, LLC
20 South Clark Street
Suite 500
Chicago, Illinois  60603
312.676.2100 (telephone)
312.372.7076 (facsimile)
lobh@att.net

                                         s/ Daniel M. Noland
                                         Daniel M. Noland